1 THOMAS P. O'BRIEN
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
SHARLA CERRA
4 Assistant United States Attorney
California State Bar No. 187176
5    300 North Los Angeles Street
   Room 7516, Federal Building
6    Los Angeles, California 90012
   Telephone: (213) 894-6117
7    Facsimile: (213) 894-7819
   sharla.cerra@usdoj.gov
8
Attorneys for Defendant Commissioner

FILED
CLERK, U.S. DISTRICT COURT
MAY 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| DEBRA PEASLEY, | ) CV 07-5645 E |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER CONTINUING DUE DATE FOR DEFENDANT'S SUMMARY JUDGMENT MOTION** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court hereby approves the parties' stipulation to continue the due date for Defendant's summary judgment motion. Defendant shall file his motion by July 7, 2008.

DATE: 5/27/08

_____
CHARLES EICK
United States Magistrate Judge

1