**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA L. PEASLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | NO. CV 07-5645-GW(E)<br><br>**ORDER ADOPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge.

　　　IT IS ORDERED that: (1) the Report and Recommendation is approved and adopted; (2) Plaintiff's motion for summary judgment is denied; (3) Defendant's motion to dismiss is denied; and (4) judgment shall be entered remanding the matter to the Commissioner of Social Security Administration for further administrative action.

///

///

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a
2 copy of this Order, the Magistrate Judge's Report and Recommendation
3 and the Judgment by United States mail on the Plaintiff, counsel for
4 Plaintiff and on the United States Attorney for the Central District
5 of California.

7        DATED:   December 26, 2008

10                    _____
                              GEORGE H. WU
                       UNITED STATES DISTRICT JUDGE

2