UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA L. PEASLEY,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY ADMINISTRATION,<br><br>               Defendant. | NO. CV 07-5645-GW(E)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that this matter is remanded to the Commissioner of Social Security Administration for further administrative action.

DATED: December 26, 2008

                                            _/s/ George H. Wu_
                                               GEORGE H. WU
                                     UNITED STATES DISTRICT JUDGE